NUMBER 13-06-388-CV

 

                         COURT OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG  

                                                                                                                     


 

IN RE: ENRIQUE CARDENAS GONZALEZ

                                                                          
                                           

 

On Petition for Writ of Mandamus
and and 

Motion for Emergency Temporary
Relief

                                                                                                                     


 

                               MEMORANDUM
OPINION                                    

 

       Before Chief
Justice Valdez and Justices Rodriguez and Castillo

                                 Memorandum
Opinion Per Curiam

 








Relator,
Enrique Cardenas Gonzalez, filed a petition for writ of mandamus in the above
cause on July 10, 2006, in which he alleges that the respondent, the Honorable
Rodolfo Rudy Gonzalez, Presiding Judge of the County Court at Law No. 1 of
Hidalgo County, Texas, abused his discretion by failing to render a decision on
relator=s First Amended Special Appearance.  Relator=s petition for writ of mandamus asks this Court to
order the respondent to render a decision on relator=s First Amended Special Appearance.  In addition, relator filed an emergency
motion for stay that asked this Court to order a stay of the July 11, 2006
hearing.  

This
Court stayed all proceedings in the underlying action and requested a response
from the real parties in interest.  The
real parties in interest, Karl Lehtinen and Nationwide Services, Inc., filed a
response to the petition for writ of mandamus on July 14, 2006.  Subsequent to filing of said response, the
respondent rendered a decision on relator=s motion by signing an Order Denying Special
Appearance and Overruling Objection to Jurisdiction.  On July 17, 2006, the real party in interest
filed a motion to dismiss the petition for writ of mandamus.

Having
examined and fully considered the: (1) petition for writ of mandamus, (2) real
parties in interest=s response, (3) signed Order Denying Special
Appearance and Overruling Objection to Jurisdiction, and (4) real party in interest=s motion to dismiss, this Court is of the opinion
that the petition for writ of mandamus should be dismissed as moot. The real
parties in interest=s motion to dismiss the petition for writ of
mandamus is GRANTED, and the stay previously granted in this matter is
lifted.  The petition for writ of
mandamus is hereby DISMISSED AS MOOT.

 

PER CURIAM

 

Memorandum
Opinion delivered and

filed this the
19th day of July, 2006.